UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OLU VICTOR ALONGE,

              Petitioner,

    v.

UNITED STATES OF AMERICA,

              Respondent.

Case No. 5:25-cv-0892-KK-RAO

ORDER OF SUMMARY DISMISSAL

Petitioner Olu Victor Alonge ("Petitioner"), a federal prisoner proceeding *pro se*, has filed two habeas corpus petitions pursuant to 28 U.S.C. § 2241: *Alonge v. FCI Victorville II*, No. 5:25-cv-774-KK-RAO, filed on March 19, 2025; and the instant case, filed on February 21, 2025. The Court has reviewed the petitions in both cases and determined that they are duplicative. Both matters challenge the revocation of Petitioner's First Step Act ("FSA") credits and Petitioner's subsequent removal from a residential reentry center ("RRC") and return to prison. *Compare* Dkt. No. 1 at 1–2, *with* Petition for Writ of Habeas Corpus at 2, *Alonge v. FCI Victorville II*, No. 5:25-cv-774 (C.D. Cal. Mar. 19, 2025), Dkt. No. 1. Both habeas petitions argue that the Bureau of Prisons ("BOP") erroneously revoked Petitioner's FSA credits on the basis of a pending immigration detainer. Dkt. 1 at 2–3; Petition for Writ of Habeas Corpus at 3–5, *Alonge v. FCI Victorville II*, No. 5:25-cv-774 (C.D. Cal. Mar. 19,

2025), Dkt. No. 1.  Lastly, both cases seek a court order declaring Petitioner's current detention to be unlawful and directing the BOP to release him to an RRC.  Dkt. No. 1 at 1, 3; Petition for Writ of Habeas Corpus at 5, *Alonge v. FCI Victorville II*, No. 5:25-cv-774 (C.D. Cal. Mar. 19, 2025), Dkt. No. 1.

Because the two matters are duplicative, the instant case is subject to dismissal on the grounds that it repeats pending claims.  *See, e.g.*, *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (noting court has discretion to dismiss suit "that merely repeats pending or previously litigated claims").

IT THEREFORE IS ORDERED that this action be summarily dismissed as duplicative of *Alonge v. FCI Victorville II*, No. 5:25-cv-774.

DATED:  May 27, 2025

_____

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE