(JS-6)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLU VICTOR ALONGE, | Case No. 5:25-cv-0892-KK-RAO |
| Petitioner, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Order of Summary Dismissal,

IT IS ADJUDGED that this action is summarily dismissed without prejudice.

DATED: May 27, 2025

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE